# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No.  **SACV 14-2002-DDP (JPR)**                              Date: **June 24, 2016**

Title: **Charles Craig Clements v. R. Madden, Warden**
===============================================================
**DOCKET ENTRY: Order to Show Cause re Filing of State Supreme-Court Petition**
===============================================================
PRESENT:

**HON. JEAN P. ROSENBLUTH, MAGISTRATE JUDGE**

| Karl Lozada | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PETITIONER:                ATTORNEYS PRESENT FOR RESPONDENT:
    None present                                                                            None present

## PROCEEDINGS: (IN CHAMBERS)

On May 10, 2016, the Court granted Petitioner's request for a Kelly stay and ordered him to file a state supreme-court habeas petition within 30 days, in order to exhaust his new claims.  The Court's review of the California Appellate Courts Case Information website shows that Petitioner has not yet filed any such petition.  Petitioner was warned that his failure to "strictly comply with the terms of this Order may result in this action being dismissed . . . or the stay being lifted and the Court proceeding to adjudicate" only the five exhausted claims in the First Amended Petition.

Accordingly, no later than 14 days from the date of this order, Petitioner must show cause in writing why he has not yet filed a state supreme-court petition and why the Court should not lift the stay or dismiss this action entirely for failure to prosecute and failure to obey court orders.  If Petitioner files a state supreme-court petition within that same time frame, the OSC will be discharged.