# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CRAIG CLEMENTS, | ) Case No. SACV 14-2002-DDP (JPR) |
| Petitioner, | ) |
| v. | ) ORDER ACCEPTING FINDINGS AND ) RECOMMENDATIONS OF U.S. ) MAGISTRATE JUDGE AND REQUIRING |
| RAYTHEL FISHER, Warden, | ) ANSWER TO SECOND AMENDED PETITION ) |
| Respondent. | ) ) |

The Court has reviewed Petitioner's motion to amend his motion for leave to amend the First Amended Petition, proposed amended motion for leave to amend, proposed Second Amended Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge. See 28 U.S.C. § 636(b)(1). No objections to the R. & R. have been filed.

The Court accepts the findings and recommendations of the Magistrate Judge. IT THEREFORE IS ORDERED that (1) Petitioner's motion to amend his motion for leave to amend the FAP is granted; (2) Petitioner's amended motion to amend the FAP is granted; (3) the Clerk file the amended proposed SAP lodged on December 23, 2019. Respondent must file and serve an answer to the SAP within

45 days of the date of this Order.

DATED:  7-23-2020

_____
DEAN D. PREGERSON
U.S. DISTRICT JUDGE