JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES CRAIG CLEMENTS, | Case No. SACV 14-2002-DDP (JPR) |
| Petitioner, | **J U D G M E N T** |
| v. | |
| RAYTHEL FISHER, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that the Second Amended Petition is denied and this action is dismissed with prejudice.

DATED: 3-7-2022

DEAN D. PREGERSON
U.S. DISTRICT JUDGE